AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br><br>v.<br><br>KENNETH GODFREY<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   26-mj-4166-DHH

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KENNETH GODFREY                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint

❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy

Date:   **May 5, 2026**

*Issuing officer's signature*

City and state:   Worcester, Massachusetts

David H. Hennessy, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   5-14-26 , and the person was arrested on *(date)*   5-14-26<br>at *(city and state)*   PHILLIPSTON, MA .<br><br>Date:   5-14-26<br><br>*Arresting officer's signature*<br><br>Marc S. Kosara   TFO<br>*Printed name and title* |