AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America )
v. )
)    Case No. 26 -mj- 4166
**Kenneth Godfrey** )
)
_____ )
*Defendant*

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: ___6/4/26___

_____
*Defendant's signature*

/s/ Richard J. Farrell
_____
*Signature of defendant's attorney*

Richard J. Farrell
_____
*Printed name and bar number of defendant's attorney*

47 Harvard Street, Worcester, MA  01609
_____
*Address of defendant's attorney*

richard.farrell@yahoo.com
_____
*E-mail address of defendant's attorney*

_____
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*